# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 24-0731V

| | |
|---|---|
| ANTHONY FARRELL,<br><br>     Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>     Respondent. | Chief Special Master Corcoran<br><br>Filed: March 18, 2025 |

*John Beaulieu, Siri & Glimstad, LLP, Louisville, KY, for Petitioner.*

*James Connor Daughton, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On May 9, 2024, Anthony Farrell filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") following an influenza vaccination he received on November 4, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 12, 2025, a ruling on entitlement was issued, finding Petitioner entitled to compensation for his SIRVA. On March 17, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $87,279.67, comprised of $85,000.00 for pain and suffering and $2,279.67 for past unreimbursable expenses. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $87,279.67, comprised of $85,000.00 for pain and suffering and $2,279.67 for past unreimbursable expenses, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

_____

)

ANTHONY FARRELL, )

)

Petitioner, )

)

v. )

)

SECRETARY OF HEALTH AND )

HUMAN SERVICES, )

)

Respondent. )

_____)

No. 24-731V

Chief Special Master Corcoran

ECF

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On May 9, 2024, Anthony Farrell ("petitioner") filed a petition for compensation under

the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"

or "Act"), alleging that he suffered a shoulder injury related to vaccine administration

("SIRVA"), as defined in the Vaccine Injury Table, 42 C.F.R. § 100.3, as the result of an

influenza ("flu") vaccination received on November 4, 2023.[1]  Petition at 1.  On March 11, 2025,

the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating

that this case is appropriate for compensation under the terms of the Act for a SIRVA Table

injury, and on March 12, 2025, the Chief Special Master issued a Ruling on Entitlement finding

petitioner entitled to compensation.  ECF Nos. 28 & 30.

---

[1]  On November 4, 2023, petitioner received a COVID-19 vaccine.  Vaccines against COVID-19
are not contained in the Vaccine Injury Table. See 42 U.S.C. § 300aa-14 and 42 C.F.R. §
100.3(a). Pursuant to the declaration issued by the Secretary of Health and Human Services
under the Public Readiness and Emergency Preparedness Act (42 U.S.C. §§ 247d-6d, 247d-6e),
claims for alleged injuries from COVID-19 countermeasures, including vaccines, may be
compensable under the Countermeasures Injury Compensation Program ("CICP"). See 85 Fed.
Reg. 15198, 15202 (March 17, 2020).

## I. ITEMS OF COMPENSATION

### A. Pain and Suffering

Respondent proffers that petitioner should be awarded $85,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

### B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses related to his vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $2,279.67. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. FORM OF THE AWARD

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[2,3]: a lump sum payment of $87,279.67 to be paid

---

[2] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future, unreimbursed expenses, future lost earnings, and future pain and suffering.

[3] The entry of judgment awarding the compensation described herein in a Decision of the Special Master, resolves any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or hereafter could be timely brought against the United States and the Secretary of Health and Human Services in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., (a) on account of, or in any way growing out of any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner that resulted from, or that may be alleged to have resulted from, the vaccinations identified herein, and (b) that petitioner has had, now has,

through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.

## III.     SUMMARY OF RECOMMENDED PAYMENT FOLLOWING JUDGMENT

Lump sum payable to petitioner, Anthony Farrell:                    **$87,279.67**

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

VORIS R. JOHNSON, JR.
Assistant Director
Torts Branch, Civil Division

*/s/ J. Connor Daughton*
J. Connor Daughton
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
(202) 305-3907
james.c.daughton@usdoj.gov

Dated: March 17, 2025

---

or hereafter may have with respect to the injury that gave rise to the petition for vaccine compensation filed in the United States Court of Federal Claims as petition No. 24-731V.

3